# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 641 |
| | : | |
| AMENDMENT TO RULE 1915.11 OF THE | : | CIVIL PROCEDURAL RULES |
| PENNSYLVANIA RULES OF CIVIL | : | |
| PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2016, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1915.11 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on July 1, 2016.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.